Query     Reports     Utilities     Help     What's New     Log Out

CLOSED

# U.S. District Court
## Western District of Kentucky (Louisville)
## CRIMINAL DOCKET FOR CASE #: 3:24-mj-00814-RSE All Defendants

Case title: USA v. Grabel    04-cr-00001-TCK-1    Date Filed: 12/17/2024

Date Terminated: 12/18/2024

Assigned to: Magistrate Judge Regina S. Edwards

### Defendant (1)

| | | |
|---|---|---|
| **William L. Grabel**<br>*TERMINATED: 12/18/2024* | represented by | **Donald J. Meier**<br>Western Kentucky Federal Community Defender, Inc.<br>629 Fourth Avenue, Suite 200<br>Louisville, KY 40202<br>502-584-0525<br>Fax: 502-584-2808<br>Email: don_meier@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

**Pending Counts**          **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**       **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**              **Disposition**
Removal from ND/OK

### Plaintiff

| | | |
|---|---|---|
| USA | represented by | **Robert B. Bonar (USA)**<br>U.S. Attorney Office - Louisville<br>717 W. Broadway<br>Louisville, KY 40202<br>502-625-7062 |

Fax: 502-582-5067
Email: robert.bonar@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/17/2024 |   | Arrest (Rule 5) of William L. Grabel. (KDY) (Entered: 12/18/2024) |
| 12/17/2024 |   | Proceedings held before Magistrate Judge Regina S. Edwards: Initial Appearance in Rule 5(c)(3) Proceedings as to William L. Grabel held on 12/17/2024. (Court Reporter Digitally Recorded) (KDY) (Entered: 12/18/2024) |
| 12/18/2024 | 1 | Rule 5 Documents Received from Northern District of Oklahoma, Case Number 4:04-CR-00001-TCK as to William L. Grabel. (KDY) (Entered: 12/18/2024) |
| 12/18/2024 | 2 | ORDER ON INITIAL APPEARANCE (EBOC) by Magistrate Judge Regina S. Edwards as to William L. Grabel. Rule 5 initial appearance held on 12/17/2024. Donald J. Meier, Assistant Federal Defender, was present and accepted the appointment on behalf of the Office of the Federal Defender. Defendant, through counsel, having waived his right to an identity hearing, and any preliminary or detention hearing in the Western District of Kentucky. Defendant is to be remanded to the custody of the United States Marshal pending transport to the Northern District of Oklahoma for all further proceedings.<br><br>**NOTICE TO RECEIVING COURT OF CRIMINAL CASE TRANSFER**<br><br>NOTICE to Northern District of Oklahoma of a Rule 5 Initial Appearance as to defendant William L. Brabel. Your case number is: 4:04-cr-00001-RCK. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. If you require certified copies of any documents, please send a request to KYWDml_CRAssignment@kywd.uscourts.gov. cc: counsel, USP, USM, ND/OK (KDY) (Entered: 12/18/2024) |

# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                             **PLAINTIFF**

**VS.**                                      **CRIMINAL ACTION NUMBER: 3:24-MJ-814**

**WILLIAM L. GRABEL**                                                          **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

      The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge on December 17, 2024 to conduct an initial appearance on a petition for violation of supervised release filed in the Northern District of Oklahoma.

<u>APPEARANCES</u>

| | |
|---|---|
| For the United States: | Robert B. Bonar, Assistant United States Attorney |
| For the defendant: | Defendant William L. Grabel - Present and in custody |
| Court Reporter: | Digitally Recorded |

      At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Indictment, was advised of the allegations contained therein, and was advised of his rights. The Court questioned the defendant under oath and found him eligible for appointed counsel. Donald J. Meier, Assistant Federal Defender, was present and accepted the appointment on behalf of the Office of the Federal Defender.

      The defendant, through counsel, having waived his right to an identity hearing, and any preliminary or detention hearing in the Western District of Kentucky on the record,

      **IT IS HEREBY ORDERED** that the defendant be remanded to the custody of the United States Marshal pending transport to the Northern District of Oklahoma for all further proceedings.

December 18, 2024                      **ENTERED BY ORDER OF THE COURT:**
                                             **REGINA S. EDWARDS**
                                             **UNITED STATES MAGISTRATE JUDGE**
                                             **JAMES J. VILT, JR., CLERK**
                                             **BY:** *Ashley Henry* - Deputy Clerk

Copies: U.S. Attorney
         U.S. Probation
         U.S. Marshal
         Counsel for Defendant

0|10