# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. 04-CR-00001-TCK-001 |
| **WILLIAM L. GRABEL,** | |
| Defendant. | |

### Motion for Detention Pending Revocation or Modification of Probation or Supervised Release

The United States moves for detention of Defendant pending revocation or modification of probation or supervised release pursuant to Fed. R. Crim. P. 32.1(a)(6).

The case before the Court involves a revocation or modification of probation or supervised release with a presumption of detention under 18 U.S.C. § 3143(a)(1) and a burden on the Defendant under Fed. R. Crim. P. 32.1(a)(6) to establish by clear and convincing evidence that the Defendant will not flee or pose a danger to any other person or to the community if released.

Dated this 30th day of December, 2024.

          Respectfully submitted,

          CLINTON J. JOHNSON
          UNITED STATES ATTORNEY

          */s/ Attila Bogdan*
          ATTILA BOGDAN, IL BAR No. 6273390
          Assistant United States Attorney
          110 West Seventh Street, Suite 300
          Tulsa, Oklahoma 74119
          (918) 382-2700

## Certificate of Service

I hereby certify that on the 30th day of December, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF recipient:

*Attorney for Defendant*

          */s/ Attila Bogdan*
          ATTILA BOGDAN