# UNITED STATES DISTRICT COURT
## for the
## Northern District of Oklahoma

### Superseding Petition for Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| **Name of Offender:** | William L. Grabel | **Case Number:** | 04-CR-001-001-TCK |
| | | | **FILED UNDER SEAL** |
| **Date of Original Sentence:** | August 2, 2004 | | |
| **Original Offense/ Statute:** | Count 1: Armed Robbery; 18 U.S.C. § 2113(a) and (d) | | |
| | Count 2: Use of a Firearm During a Crime of Violence; 18 U.S.C. § 924(c) | | |
| **Original Sentence:** | 180 months custody; 5 years supervised release | | |
| **Type of Supervision:** | Supervised Release | | |
| **Date Supervision Commenced:** | February 8, 2019 | **Date Supervision Expires:** | February 7, 2024 |
| **Prior Revocation(s):** | None | | |

## PETITIONING THE COURT

**to issue a SUMMONS so defendant may be brought before the Court to show cause why the term of supervision should not be revoked.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Mandatory Condition:** The defendant shall not commit another federal, state, or local crime. |

2　　**Violation of Standard Condition No. 1: You will not leave the judicial district without permission of the Court or probation officer.**

On June 25, 2019, Grabel committed the offense of Robbery, 2nd Degree, in Russell Springs, Kentucky. On October 14, 2019, Grabel was sentenced in Commonwealth of Kentucky, Russell Circuit Court in case number 19-CR-0166 to ten years imprisonment. This incident involved Grabel robbing the BB&T Bank in Russell Springs, Kentucky.

On June 27, 2019, Grabel was arrested in Greensburg, Pennsylvania and charged in Westmoreland County Court of Common Pleas case number CP-65-CR-03099-2019 with two misdemeanor counts of DUI, and one count of accident involving damage. He was sentenced on September 25, 2019, to 87 days imprisonment and six months of probation.

This incident involved Grabel driving the wrong way on a major highway on June 27, 2019, and hitting five occupied vehicles while injuring two persons before crashing his own vehicle. Grabel then exited his vehicle and attempted to flee, but he was apprehended by officers. Grabel admitted to injecting methamphetamine prior to operating his vehicle and a syringe was found in the vehicle. The probation office interviewed Trooper Papuga and he stated that Grabel was "very intoxicated" on drugs and alcohol, and when asked if he knew where he was, Grabel replied he was in Ohio. Grabel was taken into custody and transported to the Westmoreland County Prison in Greensburg, Pennsylvania.

Grabel was being supervised in the Eastern District of Tennessee, and he was not given permission to travel to Pennsylvania or Kentucky.

3　　**Violation of Standard No. 7: You will notify the probation officer at least ten days prior to any change of residence or employment.**

On June 26, 2019, the United States Probation Office in the Northern District of Oklahoma was notified that a probation officer in the Eastern District of Tennessee attempted a home visit at Grabel's residence and was informed by other occupants residing in the home that Grabel had moved.

4　　**Violation of Standard No. 9: You will submit to urinalysis or other forms of testing to determine illicit drug use as directed by the probation officer; if directed by the probation officer, you will successfully participate in a program of testing and treatment (to include inpatient) for substance abuse until released from the program by the probation officer.**

On June 26, 2019, the United States Probation Office in the Northern District of Oklahoma was notified that Grabel failed to submit random urine specimens for drug testing on April 15, May 23, and June 5, 2019, while residing in the Eastern District of Tennessee.

5       **Violation of Special Condition No. 1:  The defendant shall participate in a program of mental health treatment (to include inpatient), as directed by the Probation Officer, until such time as the defendant is released from the program by the Probation Officer.**

On June 26, 2019, the United States Probation Office in the Northern District of Oklahoma was notified that on June 10, 2019, Grabel was given directives to contact a mental health treatment provider no later than June 11, 2019, after Grabel advised his probation officer in the Eastern District of Tennessee that he was experiencing mental health symptoms, such as paranoia and visual hallucinations. He failed to contact a mental health provider as directed.

**Exhibits**       **Exhibit A:**  Copy of the relevant page of the Judgment reflecting the conditions of supervision ordered by the Court.

**Exhibit B:**  Copy of Pennsylvania State Police Department Police Criminal Complaint PA2019-848445, dated June 27, 2019, which reflects the details of the new law violations.

**Exhibit C:**  Copy of the Westmoreland County Court of Common Pleas (Pennsylvania) Court Summary reflecting conviction information.

**Exhibit D:**  Copy of the Final Judgment on Entry of Guilty Plea filed in Commonwealth of Kentucky, Russell Circuit Court case number 19-CR-0166.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 31, 2024

Reviewed by,

*s/Kory McClintock*
Kory McClintock
Supervisory United States Probation
Officer

Date: __12/31/2024__

---

THE COURT ORDERS:

☐     No Action
☐     The Issuance of a Warrant
☒     The Issuance of a Summons
☐     Other: _____

It is further the Order of the Court that the Clerk of Court distribute the Petition and Order to the United States Probation Office, the United States Marshals Service, and the United States Attorney's Office only.

Terence C. Kern,                                         January 2, 2025
United States District Judge                             Date

**EXHIBIT**

A

Defendant: William L. Grabel

Judg

Case Number: 04-CR-001-001-K

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of five (5) years as to each of Counts One and Two, each count to run concurrently with the other.

While on supervised release, the defendant shall not commit another federal, state, or local crime; shall not illegally possess a controlled substance; shall comply with the standard conditions that have been adopted by this court (set forth below); and shall comply with the following additional conditions:

1. The defendant shall report in person to the Probation Office in the district to which the defendant is released as soon as possible, but in no event later than 72 hours of release from the custody of the Bureau of Prisons.

2. If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine, assessments, costs, and restitution that remain unpaid at the commencement of the term of supervised release.

## STANDARD CONDITIONS OF SUPERVISION

1. You will not leave the judicial district without permission of the Court or probation officer.
2. You will report to the probation officer and submit a truthful and complete written report within the first five days of each month.
3. You will answer truthfully all inquiries by the probation officer, and follow the instructions of the probation officer.
4. You will successfully participate in cognitive/life skills training or similar programming as directed by the probation officer.
5. You will support your dependents and meet other family responsibilities, to include complying with any court order or order of administrative process requiring the payment of child support.
6. You will work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
7. You will notify the probation officer at least ten days prior to any change of residence or employment.
8. You will not frequent places where controlled substances are illegally sold, or administered; you shall refrain from excessive use of alcohol and will not purchase, possess, use, distribute or administer any controlled substance or paraphernalia related to such substances, except as prescribed by a physician.
9. You will submit to urinalysis or other forms of testing to determine illicit drug use as directed by the probation officer; if directed by the probation officer, you will successfully participate in a program of testing and treatment (to include inpatient) for substance abuse until released from the program by the probation officer.
10. You will not associate with any persons engaged in criminal activity, and will not associate with any person convicted of a crime unless granted permission to do so by the probation officer.
11. You will permit a probation officer to visit at any time at your home, employment or elsewhere and will permit confiscation of any contraband observed in plain view by the probation officer.
12. You will provide access to all personal and business financial information as requested by the probation officer; and you shall, if directed by the probation officer, not apply for or acquire any credit unless permitted in advance by the probation officer.
13. You will notify the probation officer within seventy-two hours of being arrested, questioned, or upon having any contact with a law enforcement officer.
14. You will not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the Court.
15. As directed by the probation officer, you will notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and permit the probation officer to make such notifications and to confirm your compliance with such notification requirements.
16. You will not possess a firearm, destructive device, or other dangerous weapon.

## ADDITIONAL CONDITIONS:

1. The defendant shall participate in a program of mental health treatment (to include inpatient), as directed by the Probation Officer, until such time as the defendant is released from the program by the Probation Officer.

2. The defendant shall abide by the "Special Search and Seizure Condition" enumerated in General Order Number 99-14, filed with the Clerk of the Court on July 13, 1999.

3. The defendant shall abide by the "Special Financial Conditions" enumerated in General Order Number 99-12, filed with the Clerk of the Court on July 13, 1999.

United States . . . . . '
Northern District of the . . .
I hereby certify that the . . . . . . . .
Is a true copy of the original on file
In this court.
Phil Lombardi, Clerk

Jun. 28. 2019, 2:01PM   Pennsylvania State Police   No. 07
Jun. 28. 2019  3:27AM



**EXHIBIT**
B

## COMMONWEALTH OF PENNSYLVANIA
**COUNTY OF:** WESTMORELAND

**POLICE CRIMINAL COMPLAINT**
**COMMONWEALTH OF PENNSYLVANIA**
VS.

| | | |
|---|---|---|
| Magisterial District Number: | 10-2-01 | |
| MDJ Name: Hon. | ANTHONY BOMPIANI | |
| Address: | YOUNGWOOD, PA 15697 | |
| Telephone: | 724-925-3666 | |

**DEFENDANT:** (NAME and ADDRESS):

| WILLIAM | LEE | GRABEL | |
|---|---|---|---|
| First Name | Middle Name | Last Name | Gen. |

LA FOLLETTE, TN 37766

423-201-3290

### NCIC EXTRADITION CODE TYPE

| | | | |
|---|---|---|---|
| ☐ 1-Felony Full | ☐ 5-Felony Pend. | ☐ C-Misdemeanor Surrounding States | Distance: |
| ☐ 2-Felony Ltd. | ☐ 6-Felony Pend. Extradition Determ. | ☐ D-Misdemeanor No Extradition | |
| ☐ 3-Felony Surrounding States | ☐ A-Misdemeanor Full | ☐ E-Misdemeanor Pending | |
| ☐ 4-Felony No Ext. | ☐ B-Misdemeanor Limited | ☐ F-Misdemeanor Pending Extradition Determ. | |

### DEFENDANT IDENTIFICATION INFORMATION

| Docket Number | Date Filed | OTN/LiveScan Number | Complaint/Incident Number | Request Lab Services? |
|---|---|---|---|---|
| CR-146-19 | 06/27/19 | X269255-0 | PA2019-649445 | ☒ YES ☐ NO |

| GENDER | DOB | POB FLORIDA | | Add'l DOB | Co-Defendant(s) ☐ |
|---|---|---|---|---|---|
| ☒ Male ☐ Female | /1957 | | | | |

| AKA | First Name: | | Middle Name: | Last Name: | Gen. |
|---|---|---|---|---|---|

| RACE | ☐ White | ☐ Asian | ☐ Black | ☐ Native Alaskan | ☐ Unknown |
|---|---|---|---|---|---|

| ETHNICITY | ☐ Hispanic | ☒ Non-Hispanic | | ☐ Unknown | |
|---|---|---|---|---|---|

| HAIR COLOR | ☐ GRY (Gray) ☐ BLK (Black) ☐ BLN (Blonde/Strawberry) | ☐ RED (Red/Aubn.) ☐ ONG (Orange) | ☐ SDY (Sandy) ☐ WHI (White) | ☐ BLU (Blue) ☐ XXX (Unk./Bald) | ☐ PLE (Purple) ☐ GRN (Green) | ☒ BRO (Brown) ☐ PNK (Pink) |
|---|---|---|---|---|---|---|

| EYE COLOR | ☐ BLK (Black) ☐ HAZ (Hazel) | ☒ BLU (Blue) ☐ MAR (Maroon) | ☐ BRO (Brown) ☐ PNK (Pink) | ☐ GRN (Green) ☐ MUL (Multicolored) | ☐ GRY (Gray) ☐ XXX (Unknown) |
|---|---|---|---|---|

WEIGHT (lbs.) 170

| DNA | ☐ YES ☒ NO | DNA Location | | FL. HEIGHT In. |
|---|---|---|---|---|
| FBI Number | 780226EA8 | MNU Number | | 6   6 |
| Defendant Fingerprinted | ☒ YES ☐ NO | | | |
| Fingerprint Classification: | | | | |

### DEFENDANT VEHICLE INFORMATION

| Plate # | State | Hazmat | Registration Sticker (MM/YY) | Comm'l Veh. Ind. | School Veh. | Oth. NCIC Veh. Code | Reg. same as Def. |
|---|---|---|---|---|---|---|---|
| CCX076 | TN | ☐ | 08/20 | ☐ | ☐ | | |
| VIN | Year | Make | Model | Style | Color | | ☒ |
| 1FAFP53UX3A193702 | -2003 | FORD | TARUS | SDN | TAN | | |

Office of the Attorney for the Commonwealth ☐ Approved ☐ Disapproved because:
_(The identity of the Commonwealth of (PA) is held in complaint, etc at vacated filings, orders to approved) or consent by the Commonwealth (PA) is on a vacated filing)_

Name of Attorney for Commonwealth - Please Print or Type

I, TPR. STEVEN PAPUGA
Name of Affiant - Please Print or Type

00738076/13368
(AFAFF Officer - Assigned Affidavit Number & Badge #)

of the Pennsylvania State Police, Troop A Greensburg
(Identify Department or Agency Represented and Political Subdivision)

PAPSP3400
(Police Agency ORI Number)

do hereby state: (check appropriate box)

1. ☒ I accuse the above named defendant who lives at the address set forth above

☐ I accuse the defendant whose name is unknown to me but who is described as _____

☐ I accuse the defendant whose name and popular designation or nickname is unknown to me and whom I have therefore designated as John Doe or Jane Doe.

with violating the penal laws of the Commonwealth of Pennsylvania at: 208
(Subdivision Code)

MULTIPLE LOCATIONS ON ROUTE 30, HEMPFIELD TWP., WESTMORELAND COUNTY
(Place-Political Subdivision)

in WESTMORELAND County 64
(County Code)

on or about JUNE 27TH, 2019
(Offense Date)

Jun. 28. 2019  2:02PM   Pennsylvania State Police   No. 0700   P. 3/23

## POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 08/27/19 | OTN/LiveScan Number X269265-0 | | Complaint/Incident Number PA2018-848445 |
|---|---|---|---|---|
| Defendant Name | First: WILLIAM | | Middle: LEE | Last: GRABEL |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

| Inchoate Offense | ☐ Attempt 18 901A | ☐ Solicitation 18 902A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older: 0 |
|---|---|---|---|---|

| ☐ Lead? | 1 | 780-113 | (a)(32) | of the | Title 35, C.S.D.D.O.A. | 1 | M | 280/35A |
|---|---|---|---|---|---|---|---|---|
| | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code / UCR/NIBRS Code |

| PennDOT Data (If applicable) | | Accident Number | | ☐ Interstate | | ☐ Safety Zone | | ☐ Work Zone |
|---|---|---|---|---|---|---|---|---|

**Statute Description (Include the name of statute or ordinance):**
The Controlled Substance, Drug, Device and Cosmetic Act: Prohibited Acts; Penalties

**Acts of the accused associated with this Offense:**
IN THAT, on or about said date, THE DEFENDANT did use, or possess with intent to use, drug paraphernalia, namely, A Syringe, for the purpose of planting, propagating, cultivating, growing, harvesting, manufacturing, compounding, converting, producing, processing, preparing, testing, analyzing, packing, repacking, storing, containing, concealing, injecting, ingesting, inhaling or otherwise introducing into the human body a controlled substance, that is to say the DEFENDANT did possess the above-described paraphernalia for the purposes of injecting, in violation of Section 780-113(a)(32) of the PA Controlled Substance, Drug, Device and Cosmetic Act.

| Inchoate Offense | ☐ Attempt 18 901A | ☐ Solicitation 18 902A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older: 3 |
|---|---|---|---|---|

| ☐ Lead? | 2 | 3802 | (a)(1) | of the | Title 75, PA Vehicle Code | 1 | M | 210/ |
|---|---|---|---|---|---|---|---|---|
| | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code / UCR/NIBRS Code |

| PennDOT Data (If applicable) | | Accident Number | | ☐ Interstate | | ☐ Safety Zone | | ☐ Work Zone |
|---|---|---|---|---|---|---|---|---|

**Statute Description (Include the name of statute or ordinance):**
Driving Under the Influence of Alcohol or Controlled Substance

**Acts of the accused associated with this Offense:**
IN THAT, on or about said date THE DEFENDANT did drive, operate or was in actual physical control of the movement of a vehicle namely, a 2003 Ford Taurus bearing Tennessee Registration CCX078 after imbibing a sufficient amount of alcohol such that rendered HIM incapable of safely driving, operating or being in actual physical control of the movement of the vehicle, in violation of Section 3802 (a)(1) of the PA Vehicle Code.

Page 7 of 8

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 06/27/19 | OTN/LiveScan Number X269266-0 | | Complaint/Incident Number PA2019-848446 |
|---|---|---|---|---|
| Defendant Name: | First: WILLIAM | | Middle: LEE | Last: GRABEL |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

*(Set forth a brief summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.)*

| Inchoate Offense | ☐ Attempt 18 901A | ☐ Solicitation 18 902A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older: 3 |
|---|---|---|---|---|

| ☐ Lead? | 3 | 2705 | | of the | Title 18, PA Crimes Code | 6 | M2 | | 04E/80Z |
|---|---|---|---|---|---|---|---|---|---|
| | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

**Statute Description (include the name of statute or ordinance):**
Recklessly Endangering Another Person

**Acts of the accused associated with this Offense:**
IN THAT, on or about said date, THE DEFENDANT did recklessly engage in conduct which placed or may have placed Wayne C. BURNS, Barry C. BURNS, Patricia QUATRINI, Marjorie WHITE, and Kaylie WHITE in danger of death or serious bodily injury, that is to say THE DEFENDANT did strike multiple vehicles and drive into oncoming traffic while operating his vehicle while under the influence of alcohol and a controlled substance, in violation of Section 2705 of the PA Crimes Code.

| Inchoate Offense | ☐ Attempt 18 901A | ☐ Solicitation 18 902A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older: 3 |
|---|---|---|---|---|

| ☐ Lead? | 4 | 3742.1 | (a) | of the | Title 75, PA Vehicle Code | 2 | M2 | | 1 |
|---|---|---|---|---|---|---|---|---|---|
| | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

**Statute Description (include the name of statute or ordinance):**
Accidents Involving Death or Personal Injury While not Properly Licensed

**Acts of the accused associated with this Offense:**
IN THAT, on or about said date, THE DEFENDANT, whose operating privilege was canceled, recalled, revoked or suspended and not restored OR who did not hold a valid driver's license, did drive a vehicle and caused an accident resulting in injury or death of a person at State Route 30 in Hempfield Twp., in violation of Section 3742.1(a) of the PA Vehicle Code.

Jun. 28. 2019  2:03PM   Pennsylvania State Police   No. 0700   P. 5



# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 06/27/19 | OTN/LiveScan Number X269255-0 | | Complaint/Incident Number PA2019-846446 |
|---|---|---|---|---|
| Defendant Name | First: WILLIAM | | Middle: LEE | Last: GRABEL |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

| Indicate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older: 2 |
|---|---|---|---|---|

| ☐ Lead? | F | 3743 | (a) | of the | Title 75, PA Vehicle Code | 6 | M9 | | 1 |
|---|---|---|---|---|---|---|---|---|---|
| | Offense # | Section | Subsection | | PA Statute (title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

Statute Description (include the name of statute or ordinance):
Accidents Involving Damage To Attended Vehicle or Property

Acts of the accused associated with this Offense:
IN THAT, on or about said date, THE DEFENDANT, being the driver of a vehicle involved in an accident resulting in damage to a vehicle or other property which was driven or attended by a person at State Route 30 in Hempfield Twp., did fail to immediately stop the vehicle at the scene of the accident or as close thereto as possible and forthwith return to the scene AND/OR did fail to remain at the scene of the accident until HE fulfilled the requirements of Section 3744 of the PA Vehicle Code; relating to duty to give information and render aid, in violation of Section 3743(a) of the PA Vehicle Code.

| Indicate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older: 0 |
|---|---|---|---|---|

| ☐ Lead? | F | 5505 | | of the | Title 18, PA Crimes Code | 1 | S | NCIC Offense Code | 290/60E |
|---|---|---|---|---|---|---|---|---|---|

Statute Description (include the name of statute or ordinance):
Public Drunkenness and Similar Misconduct

Acts of the accused associated with this Offense:
IN THAT, on or about said date, THE DEFENDANT did appear in a public place manifestly under the influence of alcohol or a controlled substance to the degree that said DEFENDANT may have endangered himself or other persons or property, or annoy persons in his vicinity, in violation of Section 5505 of the Crimes Code. TO WIT: THE DEFENDANT was running along the on ramp of State Route 30 from Humphrey Rd after crashing his vehicle while driving under the influence.

Jun. 28. 2019. 2:03PM   Pennsylvania State Police                    No. 0700   P. 6
Jun. 28. 2019  9:51AM                                                No. 0739   P. 3/23

 **POLICE CRIMINAL COMPLAINT**

| Docket Number: | Date Filed: 06/27/19 | OTN/LiveScan Number X269255-0 | | Complaint/Incident Number PA2019-648446 |
|---|---|---|---|---|
| Defendant Name | First: WILLIAM | Middle: LEE | | Last: GRAGEL |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

| Inchoate Offense | ☐ Attempt 18 901A | ☐ Solicitation 18 902A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older: 0 | | | |
|---|---|---|---|---|---|---|---|

| ☐ Lead? | 7 | 1501 | (a) | of this | Title 75, PA Vehicle Code | 1 | S | 1 |
|---|---|---|---|---|---|---|---|---|
| | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|---|

Statute Description (Include the name of statute or ordinance):
Drivers Required to be Licensed
Acts of the accused associated with this Offense:
IN THAT, on or about said date, THE DEFENDANT, without being expressly exempted, did drive a motor vehicle upon a highway or public property in the Commonwealth of Pennsylvania without a driver's license valid under the provisions of Chapter 15 of the PA Vehicle Code, in violation of Section 1501(a) of the PA Vehicle Code, TO WIT: THE DEFENDANTS license had expired on 12/16/1994

| Inchoate Offense | ☐ Attempt 18 901A | ☐ Solicitation 18 902A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older: 0 | | | |
|---|---|---|---|---|---|---|---|

| ☐ Lead? | 8 | 1786 | (f) | of the | Title 75, PA Vehicle Code | 1 | S | 1 |
|---|---|---|---|---|---|---|---|---|
| | Offense# | Section | Subsection | | PA Statute (Title) | Counts - Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|---|

Statute Description (Include the name of statute or ordinance):
Required Financial Responsibility
Acts of the accused associated with this Offense:
IN THAT, on or about said date, THE DEFENDANT did operate or permit a vehicle HE owned to be operated upon a highway within the Commonwealth of Pennsylvania without the financial responsibility required under Chapter 17 of the PA Vehicle Code, in violation of Section 1786(f) of the PA Vehicle Code.

Jun. 28. 2019  2:04PM   Pennsylvania State Police   No. 0700   P. 7   /23



# POLICE CRIMINAL COMPLAINT

| Docket Number | Date Filed: 02/27/19 | OTN/LiveScan Number X269255-0 | | Complaint/Incident Number PA2019-B4643 |
|---|---|---|---|---|
| Defendant Name | First: WILLIAM | | Middle: LEE | Last: GRABEL |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

| Inchoate Offense | ☐ Attempt 18 901A | ☐ Solicitation 18 902A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older: 0 |
|---|---|---|---|---|

| Lead? | 9 | 3309 | (1) | of the | Title 75, PA Vehicle Code | 1 | S | | / |
|---|---|---|---|---|---|---|---|---|---|
| | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | | ☐ Safety Zone | | ☐ Work Zone |
|---|---|---|---|---|---|---|---|

**Statute Description (include the name of statute or ordinance):**
Driving on Roadways Laned for Traffic

**Acts of the accused associated with this Offense:**
IN THAT, on or about said date, THE DEFENDANT did fail to drive as nearly as practicable entirely within a single lane AND/OR moved from the lane without first ascertaining that the movement could be made with safety while driving a vehicle upon a roadway divided into two or more clearly marked lanes for traffic at State Route 30 with its exit ramp from Humphrey Rd, in violation of Section 3309(1) of the PA Vehicle Code, TO WIT: THE DEFENDANT was driving Westbound in the Eastbound lane on State Route 30.

| Inchoate Offense | ☐ Attempt 18 901A | ☐ Solicitation 18 902A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older: 0 |
|---|---|---|---|---|

| Lead? | 10 | 3714 | (a) | of the | Title 75, Pa Vehicle Code | 1 | S | | |
|---|---|---|---|---|---|---|---|---|---|
| | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | | ☐ Safety Zone | | ☐ Work Zone |
|---|---|---|---|---|---|---|---|

**Statute Description (include the name of statute or ordinance):**
Careless Driving

**Acts of the accused associated with this Offense:**
IN THAT, on or about said date, THE DEFENDANT did drive a vehicle in careless disregard for the safety of persons or property at State Route 30 in Hempfield Twp, by striking multiple vehicles and drive into oncoming traffic while operating his vehicle under the influence of alcohol and a controlled substance, in violation of Section 3714(a) of the PA Vehicle Code.

Jun. 28. 2019, 2:04PM, Pennsylvania State Police    No. 0700   P. 8 1/23
Jun. 28. 2019  9:31AM                               No. 0239  P. 12/13

## POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 06/27/19 | OTN/Livescan Number X269266-0 | | | Complaint/Incident Number PA2019-848445 |
|---|---|---|---|---|---|
| Defendant Name | First WILLIAM | | Middle: LEE | | Last: GRABEL |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | | Number of Victims Age 60 or Older: 0 |
|---|---|---|---|---|---|

| ☐ Lead? | 11 | 3736 | (a) | of the | Title 75, PA Vehicle Code | 1 | S | | / |
|---|---|---|---|---|---|---|---|---|---|
| | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | | Accident Number | | ☐ Interstate | | ☐ Safety Zone | | ☐ Work Zone |
|---|---|---|---|---|---|---|---|---|

Statute Description (include the name of statute or ordinance):
Reckless Driving

Acts of the accused associated with this Offense:
IN THAT, on or about said date, THE DEFENDANT did drive a vehicle in willful or wanton disregard for the safety of persons or property, in violation of Section 3736(a) of the PA Vehicle Code, TO WIT: THE DEFENDANT did strike multiple vehicles and drive into oncoming traffic while operating his vehicle under the influence of alcohol and a controlled substance

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | | Number of Victims Age 60 or Older: 3 |
|---|---|---|---|---|---|

| ☐ Lead? | 12 | 3744 | (a) | of the | Title 75, PA Vehicle Code | 5 | S | | / |
|---|---|---|---|---|---|---|---|---|---|
| | Offense # | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | | Accident Number | | ☐ Interstate | | ☐ Safety Zone | | ☐ Work Zone |
|---|---|---|---|---|---|---|---|---|

Statute Description (include the name of statute or ordinance):
Duty To Give Information and Render Aid

Acts of the accused associated with this Offense:
IN THAT, on or about said date, THE DEFENDANT, being the driver of a vehicle involved in an accident resulting in injury to or death of a person or damage to a vehicle or other property which was driven or attended by a person at State Route 30 in Hempfield Twp., did fail to give his name, address and registration number of the vehicle he was driving, AND/OR did fail upon request to exhibit his driver's license and information relating to financial responsibility to a person injured in the accident or to the driver or occupant of or person attending a vehicle or other property damaged in the accident AND/OR did fail upon request to exhibit HIS/HER license and information relating to financial responsibility to a police officer at the scene of the accident or who was investigating the accident AND/OR did fail to render reasonable assistance to a person injured in the accident, in violation of Section 3744(a) of the PA Vehicle Code.

Jun. 28. 2019. 2:05PM   Pennsylvania State Police                No. 0700  P. 9
Jun. 28. 2019  9:32AM                                           No. 0709  P. 8/13



**POLICE CRIMINAL COMPLAINT**

| Docket Number: | Date Filed: 06/27/19 | OTN/LiveScan Number X269256-0 | | Complaint/Incident Number PA2019-849448 |
|---|---|---|---|---|
| Defendant Name | First: WILLIAM | | Middle: LEE | Last: GRABEL |

2. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made.

3. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S.§4904) relating to unsworn falsification to authorities.

4. This complaint consists of the preceding page(s) numbered _1_ through _8_.

5. I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

The acts committed by the accused, as listed and hereafter, were against the peace and dignity of the Commonwealth of Pennsylvania and were contrary to the Act(s) of the Assembly, or in violation of the statutes cited.
(Before a warrant of arrest can be issued, an affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)

_JUNE 27TH_, _2019_
(Date)

AND NOW, on this date, _6/28/19_ I certify that the complaint has been properly completed and verified. An affidavit of probable cause must be completed before a warrant can be issued.

_10-2-0Cofer 10-2-01_
(Magisterial District Number)

acting for District

Charles Christner
Magisterial District Judge
Magisterial District 10-2-06
Westmoreland County, PA
My Commission Expires
1st Monday in January 2024

SEAL

Jun. 28. 2019, 2:05PM  Pennsylvania State Police  No. 0700  P. 10/23

Jun. 28. 2019, 9:32AM  No. 0929  P. 9/11 12

## POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 06/27/14 | OTN/Livescan Number: X269755-0 | | Complaint/Incident Number PA2019-849446 |
|---|---|---|---|---|
| Defendant Name: | First: William | | Middle: Lee | Last: GRABEL |

## AFFIDAVIT of PROBABLE CAUSE

Your affiant, Trooper Steven W. PAPUGA, is a member of the Pennsylvania State Police, Troop A Greensburg Barracks.

The Defendant named in this affidavit is William Lee GRABEL, (W/N-M-51, DOB: 1    67 (  La Follette, TN 37766, 423-201-3290)

The Victims of this affidavit are, Wayne C. BURNS W/N-M-16, Barry C. BURNS W/N-M-50, Patricia QUATRINI W/N-F-60, Marjorie WHITE W/N-F-53, Kaylie WHITE W/N-F-21, and Nicholas KRIVONIAK W/N-M-21

Locations of Crashes: SR30 @ East Pittsburgh St., SR30 @ Eastgate Plaza, and SR30 Exit Ramp @ Humphrey Rd.

On Thursday, 06/27/19 I was on routine patrol working a 1600-2400 hour shift, in a fully marked State Police Vehicle (A1-18), in full uniform. At approximately 1805 hours, I was dispatched to multiple crashes on State Route 30 involving the same actor vehicle in Hempfield Twp., Westmoreland County.

Upon arrival on scene, The Defendant, William Lee GRABEL DOB:    67 was already taken into custody by two PSP Crime Unit Members while being observed running from the crash scene in which The Defendant crashed his car into an embankment on the on ramp to State Route 30 from Humphrey Road. The Defendant was identified by Florida OLN: G614-832-67-456-0. A Query lookup of The Defendant showed The Defendant possessed an expired and suspended license since 12/16/1994.

While speaking with The Defendant, the Defendant stated that he had injected meth prior to operating his vehicle. I observed his eyes to be glassy and bloodshot, his speech was heavily slurred, and a strong odor of alcoholic beverage to be emanating from his breathe and person. The Defendant was unable to walk or keep his balance without the support of PSP.

Before crashing his vehicle on the on ramp to State Route 30 from Humphrey Road, The Defendant struck five (5) occupied vehicles involving a total of six (6) drivers and passengers, while injuring two (2), in multiple locations on State Route 30 and did not stop to render information at any of the three (3) crash scenes.

I, TPR. STEVEN PAPUGA, BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE CASE RECORDS PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA THAT REQUIRE FILING CONFIDENTIAL INFORMATION AND DOCUMENTS DIFFERENTLY THAN NON-CONFIDENTIAL INFORMATION AND DOCUMENTS.

TPR._____

(Signature of Affiant)

Sworn to me and subscribed before me this 28 day of June 2019

_____  Date

_____ , Magisterial District Judge

My commission expires first Monday of January,

Charles Christner
Magisterial District Judge
Magisterial District 10-2-06
Westmoreland County, PA
My Commission Expires
1st Monday in January 2024

SEAL

## POLICE CRIMINAL COMPLAINT
### AFFIDAVIT CONTINUATION PAGE

| Docket Number: | Date Filed: 11/07/19 | OTN/LiveScan Number: X 269 | | Complaint/Incident Number PA2016-040440 |
|---|---|---|---|---|
| Defendant Name: | First: William | | Middle: Lee | Last: GRABEL |

## AFFIDAVIT of PROBABLE CAUSE CONTINUATION

While investigating the crashes, multiple witnesses stated The Defendant was driving westbound in the eastbound lane of State Route 30 before crashing his car into the embankment on the on ramp from Humphrey Rd. onto State Route 30 Eastbound.

While investigating the Defendants crash into the embankment, multiple bottles of Smirnoff Ice and a syringe were located in the front driver and passenger seat of The Defendants car. No vehicle insurance was located in The Defendants vehicle at the scene of the crash. The Defendant stated at a later time, that he does not have automobile insurance on his vehicle.

While on scene, the DL26B was read to the Defendant and The Defendant consented to a legal blood draw.

While enroute to Westmoreland Hospital for a legal blood draw, The Defendant was passed out the entire time in the front seat of my Patrol Unit.

Lab results and user fees pending.

TPC.

(Signature of Affiant)



# Westmoreland County Court of Common Pleas
# Court Summary



**Grabel, William Lee**
Oklahoma City, OK 73109
Aliases:
William Lee Grabel

DOB: 12/16/1967

Sex: Male
Eyes: Blue
Hair: Brown
Race: White

## Closed
### Westmoreland

**CP-65-CR-0003099-2019**  Proc Status: Completed  DC No:  OTN:X 269255-0

Arrest Dt: 06/27/2019  Disp Date: 09/25/2019  Disp Judge: Krieger, Timothy

| Seq No | Statute | | Grade | Description | | Disposition |
|---|---|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | | Program Period | Sentence Length | |
| 1 | 75 § 3802 §§ D1* | | M | DUI: Controlled Substance or Metabolite 1st Offense | | Guilty Plea - Negotiated |
| | 09/25/2019 | Merged | | | | |
| 2 | 75 § 3802 §§ D2* | | M | DUI: Controlled Substance - Impaired Ability - 1st Offense | | Guilty Plea - Negotiated |
| | 09/25/2019 | Confinement | Other | | Min: 87 Day(s) Max: 6 Month(s) | |
| 6 | 75 § 3743 §§ A | | M3 | Accident Involv Damage Attended Vehicle/Prop | | Guilty Plea - Negotiated |
| | 09/25/2019 | Probation | 6 Months | | Max: 6 Month(s) | |

**CP-65-MD-0000443-2019**  Proc Status: Completed  DC No:  OTN:U 723822-1

Arrest Dt:  Disp Date:  Disp Judge:

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 42 § 9134 | | Arrest Prior To Requisition | |

---

CPCMS 3541 · 1 · Printed: 4/8/2022 10:53 AM

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.



# COURT OF COMMON PLEAS OF WESTMORELAND COUNTY

## DOCKET

**Docket Number: CP-65-CR-0003099-2019**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

William Lee Grabel

Page 1 of 7

## CASE INFORMATION

Judge Assigned: Krieger, Timothy

OTN: X 269255-0     LOTN: X 269255-0

Initial Issuing Authority: The Honorable L. Anthony Bompiani

Arresting Agency: Greensburg Psp

Complaint/Citation No.: PA2019848445

Case Local Number Type(s)

Date Filed: 07/29/2019     Initiation Date: 06/27/2019

Originating Docket No: MJ-10201-CR-0000146-2019

Final Issuing Authority: The Honorable L. Anthony Bompiani

Arresting Officer: Papuga, Steven W.

Incident Number:

Case Local Number(s)

## STATUS INFORMATION

Case Status:     Closed

Arrest Date:     06/27/2019

| Status Date | Processing Status |
|---|---|
| 08/13/2020 | Completed |
| 09/25/2019 | Sentenced/Penalty Imposed |
| 09/25/2019 | Awaiting Sentencing |
| 08/15/2019 | Awaiting Arraignment |
| 08/15/2019 | Awaiting Arraignment |
| 08/15/2019 | Awaiting Formal Arraignment |
| 07/29/2019 | Awaiting Filing of Information |

Complaint Date:     06/28/2019

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Plea Court Hearing | 09/25/2019 | 9:00 am | Courtroom 1 | Judge Timothy Krieger | Scheduled |
| Parole Revocation Hearing | 04/06/2020 | 9:00 am | Courtroom 1 | Judge Timothy Krieger | Cancelled |
| Parole Revocation Hearing | 05/28/2020 | 9:00 am | Courtroom 1 | Judge Timothy Krieger | Cancelled |
| Parole Revocation Hearing | 08/13/2020 | 2:15 pm | Courtroom 1 | Judge Timothy Krieger | Scheduled |

## DEFENDANT INFORMATION

Date Of Birth: ███ 1967     City/State/Zip:

## CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Grabel, William Lee |
| Probation Officer | Schneider, Justin |

CPCMS 9082

Printed: 04/08/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WESTMORELAND COUNTY

## DOCKET



Commonwealth of Pennsylvania

v.

William Lee Grabel

## BAIL INFORMATION

Grabel, William Lee

**Nebbia Status: None**

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 06/28/2019 | Monetary | | $100,000.00 | | |

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 28 | M | 75 § 3802 §§ D1* | DUI: Controlled Substance or Metabolite 1st Offense | 06/27/2019 | X 269255-0 |
| 2 | 29 | M | 75 § 3802 §§ D2* | DUI: Controlled Substance - Impaired Ability - 1st Offense | 06/27/2019 | X 269255-0 |
| 6 | 11 | M3 | 75 § 3743 §§ A | Accident Involv Damage Attended Vehicle/Prop | 06/27/2019 | X 269255-0 |

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition | |
|---|---|---|---|
| Sequence/Description | Offense Disposition | Grade | Section |
| Sentencing Judge | Sentence Date | Credit For Time Served | |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date | |
| Sentence Conditions | | | |

**Waived for Court (Lower Court)**    Defendant Was Present

| | | | |
|---|---|---|---|
| Lower Court Disposition | 07/23/2019 | Not Final | |
| 6 / Accident Involv Damage Attended Vehicle/Prop | Waived for Court (Lower Court) | M3 | 75 § 3743 §§ A |

**Proceed to Court**    Defendant Was Not Present

| | | | |
|---|---|---|---|
| Information Filed | 08/15/2019 | Not Final | |
| 1 / DUI: Controlled Substance or Metabolite 1st Offense | Replacement by Information | M | 75 § 3802 §§ D1* |
| 2 / DUI: Controlled Substance - Impaired Ability - 1st Offense | Added by Information | M | 75 § 3802 §§ D2* |
| 6 / Accident Involv Damage Attended Vehicle/Prop | Proceed to Court | M3 | 75 § 3743 §§ A |

**Guilty Plea - Negotiated**

| | | | |
|---|---|---|---|
| Plea Court Hearing | 09/25/2019 | Final Disposition | |
| 1 / DUI: Controlled Substance or Metabolite 1st Offense | Guilty Plea - Negotiated | M | 75 § 3802 §§ D1* |
| Krieger, Timothy | 09/25/2019 | | |
| Merged | | | |
| 2 / DUI: Controlled Substance - Impaired Ability - 1st Offense | Guilty Plea - Negotiated | M | 75 § 3802 §§ D2* |
| Krieger, Timothy | 09/25/2019 | 87 Days | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



Commonwealth of Pennsylvania

v.

William Lee Grabel

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition | |
|---|---|---|---|
| Sequence/Description | Offense Disposition | Grade | Section |
| Sentencing Judge | Sentence Date | | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | | Start Date |
| Sentence Conditions | | | |

| | | |
|---|---|---|
| Confinement | Min of 87.00 Days | |
| | Max of 6.00 Months | |
| | Other | |

Have a CRN evaluation and follow recommended treatment.

Suspension of operator's license for a period of    and to surrender license to the Clerk of Courts forthwith OR by

| 6 / Accident Involv Damage Attended Vehicle/Prop | Guilty Plea - Negotiated | M3 | 75 § 3743 §§ A |
|---|---|---|---|
| Krieger, Timothy | 09/25/2019 | | |
| Probation | Max of 6.00 Months | | |
| | 6 Months | | |

**LINKED SENTENCES:**

  **Link 1**

    CP-65-CR-0003099-2019 - Seq. No. 6 (75§ 3743 §§ A) - Probation is Concurrent with

    CP-65-CR-0003099-2019 - Seq. No. 2 (75§ 3802 §§ D2*) - Confinement

| COMMONWEALTH INFORMATION | | ATTORNEY INFORMATION | |
|---|---|---|---|
| Name: | James R. Hopson | Name: | |
| | Assistant District Attorney | | |
| Supreme Court No: | 066105 | Supreme Court No: | |
| Phone Number(s): | | Rep. Status: | |
| 724-830-3949 | (Phone) | Phone Number(s): | |
| 724-830-3949 | (Other) | | |
| Address: | | | |
| Westmoreland Co Da's Ofc | | | |
| 2 N Main St Ste 206 | | | |
| Greensburg, PA 15601 | | | |

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 06/28/2019 | | Christner, Charles M. |
| Bail Set - Grabel, William Lee | | | |
| 1 | 07/29/2019 | | Court of Common Pleas - Westmoreland County |
| Original Papers Received from Lower Court | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



Commonwealth of Pennsylvania

v.

William Lee Grabel

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1<br>Restitution Claim Form | 08/01/2019 | | Commonwealth of Pennsylvania |
| 1<br>Restitution Claim Form | 08/05/2019 | | Commonwealth of Pennsylvania |
| 1<br>Restitution Claim Form | 08/07/2019 | | Commonwealth of Pennsylvania |
| 1<br>Information Filed | 08/15/2019 | | Peck, John W. |
| 1<br>Transport Invoice | 09/16/2019 | | Westmoreland County Sheriff's Office |
| 1<br>Guilty Plea - Negotiated | 09/25/2019 | | Krieger, Timothy |
| 2<br>Order - Sentence/Penalty Imposed | 09/25/2019 | | Krieger, Timothy |
| 1<br>DL-21 to be Prepared | 09/27/2019 | | Kline, Bryan L. |
| 2<br>Penalty Assessed | 09/27/2019 | | Court of Common Pleas -<br>Westmoreland County |
| 3<br>Entry of Civil Judgment | 09/27/2019 | | Kline, Bryan L. |
| 4<br>DL-21 was prepared | 09/27/2019 | | Kline, Bryan L. |
| 1<br>DL-21 Sent to PennDOT | 09/30/2019 | | Unknown Filer |
| 1<br>Itemized Account of Fines, Costs, Fees and Restitution | 10/02/2019 | | Court of Common Pleas -<br>Westmoreland County |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WESTMORELAND COUNTY

## DOCKET



Commonwealth of Pennsylvania

v.

William Lee Grabel

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 11/06/2019 | | Westmoreland County Adult Probation Office |
| Payment Agreement | | | |
| 1 | 12/09/2019 | | Westmoreland Probation Office |
| Guideline Sentence Form | | | |
| 1 | 02/19/2020 | | Westmoreland County Adult Probation Office |
| Motion to Revoke Parole | | | |
| 1 | 07/21/2020 | | Court of Common Pleas - Westmoreland County |
| Hearing Notice | | | |
| 1 | 07/30/2020 | | Court of Common Pleas - Westmoreland County |
| Returned Hearing Notice | | | |
| 1 | 08/13/2020 | | Krieger, Timothy |
| Order Granting Motion to Close Interest | | | |
| 1 | 08/21/2020 | | Westmoreland County Adult Probation Office |
| Release from Parole | | | |
| 1 | 10/26/2020 | | Court of Common Pleas - Westmoreland County |
| Delinquency Notice Filed - 361 Days Overdue | | | |

## PAYMENT PLAN SUMMARY

| Payment Plan No | Payment Plan Freq. | Next Due Date | Active | Overdue Amt |
|---|---|---|---|---|
| Responsible Participant | | | Suspended | Next Due Amt |
| 65-2019-P000002484 | Monthly | 10/31/2019 | Yes | $750.00 |
| Grabel, William Lee | | | No | $25.00 |

| Payment Plan History: | Receipt Date | Payor Name | Participant Role | Amount |
|---|---|---|---|---|

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WESTMORELAND COUNTY

## DOCKET



Commonwealth of Pennsylvania
v.
William Lee Grabel

## CASE FINANCIAL INFORMATION

| Last Payment Date: | | | | Total of Last Payment: | |
|---|---|---|---|---|---|
| **Grabel, William Lee**<br>Defendant | Assessment | Payments | Adjustments | Non Monetary<br>Payments | Total |
| **Costs/Fees** | | | | | |
| Transportation Cost (Westmoreland) | $79.00 | $0.00 | $0.00 | $0.00 | $79.00 |
| ATJ | $6.00 | $0.00 | $0.00 | $0.00 | $6.00 |
| Admin Fee (Westmoreland) | $11.83 | $0.00 | $0.00 | $0.00 | $11.83 |
| Booking Center Fee (Westmoreland) | $50.00 | $0.00 | $0.00 | $0.00 | $50.00 |
| CJES | $2.50 | $0.00 | $0.00 | $0.00 | $2.50 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $10.80 | $0.00 | $0.00 | $0.00 | $10.80 |
| County Court Cost (Act 204 of 1976) | $35.10 | $0.00 | $0.00 | $0.00 | $35.10 |
| Crime Victims Compensation (Act 96 of 1984) | $35.00 | $0.00 | $0.00 | $0.00 | $35.00 |
| Emergency Medical Services (Act 45 of 1985) | $10.00 | $0.00 | $0.00 | $0.00 | $10.00 |
| Firearm Education and Training Fund | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| JCPS | $21.25 | $0.00 | $0.00 | $0.00 | $21.25 |
| Judicial Computer Project | $8.00 | $0.00 | $0.00 | $0.00 | $8.00 |
| LCP Fee (Westmoreland) | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| OAG - JCP | $2.50 | $0.00 | $0.00 | $0.00 | $2.50 |
| PA Transportation Trust Surcharge | $75.00 | $0.00 | $0.00 | $0.00 | $75.00 |
| State Court Costs (Act 204 of 1976) | $12.60 | $0.00 | $0.00 | $0.00 | $12.60 |
| Substance Abuse Education (Act 198 of 2002) | $50.00 | $0.00 | $0.00 | $0.00 | $50.00 |
| Substance Abuse Education (Act 198 of 2002) | $50.00 | $0.00 | $0.00 | $0.00 | $50.00 |
| Victim Witness Service (Act 111 of 1998) | $25.00 | $0.00 | $0.00 | $0.00 | $25.00 |
| Trial Fee (Westmoreland) | $221.30 | $0.00 | $0.00 | $0.00 | $221.30 |
| Satisfaction (Westmoreland) | $11.00 | $0.00 | $0.00 | $0.00 | $11.00 |
| Judgment (Westmoreland) | $65.50 | $0.00 | $0.00 | $0.00 | $65.50 |
| Crime Lab User Fee - State Police | $402.00 | $0.00 | $0.00 | $0.00 | $402.00 |
| Costs/Fees Totals: | $1,194.38 | $0.00 | $0.00 | $0.00 | $1,194.38 |
| **Fines** | | | | | |
| Title 75, DUI (Motor License Fund) | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Title 75, DUI (Motor License Fund) | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Fines Totals: | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



Commonwealth of Pennsylvania

v.

William Lee Grabel

## CASE FINANCIAL INFORMATION

| **Grabel, William Lee** Defendant | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| **Restitution** | | | | | |
| Individual Restitution | $2,994.57 | $0.00 | $0.00 | $0.00 | $2,994.57 |
| Individual Restitution | $2,900.00 | $0.00 | $0.00 | $0.00 | $2,900.00 |
| Individual Restitution | $2,500.00 | $0.00 | $0.00 | $0.00 | $2,500.00 |
| Insurance Company Restitution | $1,893.97 | $0.00 | $0.00 | $0.00 | $1,893.97 |
| Restitution Totals: | $10,288.54 | $0.00 | $0.00 | $0.00 | $10,288.54 |
| Grand Totals: | $12,482.92 | $0.00 | $0.00 | $0.00 | $12,482.92 |

\*\* - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

**EXHIBIT**

D

ENTERED

OCT 1 9 2019

RUSSELL CIRCUIT/DISTRICT COURTS
BY _____ D.C.

COMMONWEALTH OF KENTUCKY
57TH JUDICIAL CIRCUIT
RUSSELL CIRCUIT COURT
INDICTMENT 19-CR-00166

COMMONWEALTH OF KENTUCKY

**PLAINTIFF**

VS.

WILLIAM GRABEL
  DOB: ▮▮▮▮ 1967
  SSN: ▮▮▮▮ 3813

**DEFENDANT**

---

## FINAL JUDGMENT ON ENTRY OF GUILTY PLEA, WAIVER OF PRESENTENCE INVESTIGATION REPORT, SENTENCE OF IMPRISONMENT

---

On October 14, 2019, the defendant, appeared before the Court for arraignment, with his attorney, Hon. Emily Campbell, and the Commonwealth came by attorney, Hon. Matthew Leveridge, and by agreement of the Attorney for the Commonwealth, the defendant, with advice of counsel, waived further proceedings and entered a guilty plea to the offense(s) of:

**Robbery, 2nd Degree**

Committed on or about <u>June 25, 2019</u>, when the defendant was <u>52</u> years old.

The Court finds that the defendant understands the nature of the charges against him and the defendant's plea is voluntary, that the defendant knowingly, intelligently and voluntarily waives his right to plead not guilty, the right to counsel, trial by jury, to compel the attendance of witnesses on his behalf, privilege against self-incrimination, right of confrontation, and the right to appeal

1

his case to a higher court if he is convicted by a jury of his peers. There is a factual basis for defendant's plea.

IT IS ORDERED that defendant's guilty plea of be accepted and entered. No sufficient cause was shown why judgment should not be pronounced, it is ORDERED and ADJUDGED that the defendant is guilty of the following charges:

**Robbery, 2nd Degree**

The court inquired of the defendant and his attorney whether they had any legal cause to show why judgment should not be pronounced, and afforded the defendant and his attorney the opportunity to make statements in the defendant's behalf and to present any information in mitigation of punishment. Having given due consideration to the nature and circumstances of the crime, and to the history, character and condition of the defendant, the court is of the opinion that a term of imprisonment is necessary for the protection of the public because:

<u>X</u> There is a substantial risk that the defendant will commit another crime during any period of probation or conditional discharge.

<u>X</u> The defendant is in the need of correctional treatment that can be provided most effectively by the defendant's commitment to a correctional institution.

<u>X</u> Probation or conditional discharge would unduly depreciate the seriousness of the defendant's crime.

__ The defendant is not eligible for probation, probation with an alternative sentencing plan, or conditional discharge because of the applicability of KRS 532.080 or KRS 533.060.

__ The Court further finds that the defendant is a violent offender in accordance with KRS 439.3401.

2

The defendant is sentenced to ten (10) years to serve.

IT IS FURTHER ORDERED that the defendant's bond is released.

IT IS FURTHER ORDERED that the defendant is hereby credited with the time spent in custody prior to the commencement of sentence on October 14, 2019; jail credit to be calculated by probation/parole.

IT IS FURTHER ORDERED that the defendant's court cost shall be waived.

IT IS FURTHER ORDERED that the defendant to forfeit all cash and or property seized, including real property.

IT IS FURTHER ORDERED that the defendant shall not be released from probation and/or parole until the restitution in this matter is paid in full and a release from supervision authorized by this Court.

Upon completion of the aforesaid probationary period, the defendant shall be finally discharged, provided he has complied with the above stated conditions and provided that no warrant issued by the Court is pending against him and his probation has not been revoked.

SO ORDERED this the 15 day of October 2019.

Hon. Vernon Miniard, Jr.
Judge, Russell Circuit Court

3

DISTRIBUTION:

Hon. Matthew Leveridge          ( ✓
Commonwealth's Attorney

Hon. Emily Campbell             ( ✓
Attorney for the Defendant

Division of Probation and Parole   ( ✓

By: _____ D.C.

4