CLOSED

# U.S. District Court
## Southern District of Illinois (Benton)
## CRIMINAL DOCKET FOR CASE #: 4:25-mj-04046-RJD All Defendants
## Internal Use Only

Case title: USA v. Grabel

Date Filed: 06/02/2025

Other court case number: 04-cr-001-001 Northern District of Oklahoma

Date Terminated: 06/02/2025

Assigned to: Magistrate Judge Reona J. Daly

**RECEIVED**

JUN 1 1 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

**Defendant (1)**

William L. Grabel
*TERMINATED: 06/02/2025*

represented by **Patrick S Kilgore**
Federal Public Defender's Office - Benton
401 West Main Street
P.O. Box 1075
Benton, IL 62812
618-435-2552
Email: patrick_kilgore@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

CERTIFIED TRUE COPY
By _____
     Deputy Clerk
Date  6/2/25

**Highest Offense Level (Terminated)**

None

**Complaints**

18:3606 - Violations of Supervised Release

**Disposition**

**Plaintiff**

USA                                    represented by   **J. David Sanders**
                                                        Assistant U.S. Attorney - Benton
                                                        402 West Main Street
                                                        Suite 2A
                                                        Benton, IL 62812
                                                        618-435-4566
                                                        Email: david.sanders@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Assistant US Attorney*

[Email All Attorneys]
[Email All Attorneys and Additional Recipients]

| Date Filed | # | Docket Text |
|---|---|---|
| 06/02/2025 |  | Arrest of William L. Grabel. (jlm) (Entered: 06/02/2025) |
| 06/02/2025 | 1 | Arrest Warrant and Petition from NDOK as to William L. Grabel. (jlm) (Entered: 06/02/2025) |
| 06/02/2025 | 2 | Minute Entry for proceedings held before Magistrate Judge Reona J. Daly: Initial Appearance on Removal Proceedings as to William L. Grabel held on 6/2/2025. Federal Public Defender appointed for proceedings in this district. Identity Hearing waived. Preliminary and Detention Hearings waived in this district and to be held in the charging district. Defendant remanded to custody for transport to the charging district. (Court Reporter Saralyn Hicks Britt.) (jlm) (Entered: 06/02/2025) |
| 06/02/2025 | 3 | CJA 23 Financial Affidavit by William L. Grabel. (jlm) (Entered: 06/02/2025) |
| 06/02/2025 | 4 | WAIVER of Rule 32.1 Hearing by William L. Grabel. Identity Hearing waived. Preliminary and Detention Hearings waived in this district and to be held in the charging district. (jlm) (Entered: 06/02/2025) |
| 06/02/2025 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to William L. Grabel for proceedings in this district. Signed by Magistrate Judge Reona J. Daly on 6/2/2025. (jlm) (Entered: 06/02/2025) |
| 06/02/2025 | 6 | COMMITMENT TO ANOTHER DISTRICT issued as to William L. Grabel. Signed by Magistrate Judge Reona J. Daly on 6/2/2025. (jlm) (Entered: 06/02/2025) |
| 06/02/2025 |  | (Court only) ***Case Terminated as to William L. Grabel, ***Terminated defendant William L. Grabel, pending deadlines, and motions. (jlm) (Entered: 06/02/2025) |
| 06/02/2025 | 7 | Letter from Clerk, SDIL to Clerk, NDOK. (jlm) (Entered: 06/02/2025) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MINUTES OF INITIAL APPEARANCE ON REMOVAL |
| ) | |
| vs. ) | CASE NO. 25-MJ-4046-RJD |
| WILLIAM L. GRABEL, ) | |
| ) | DATE: June 2, 2025 |
| *Defendant.* ) | LOCATION: Benton |

**PRESENT: HONORABLE REONA J. DALY, U. S. MAGISTRATE JUDGE**

**DEPUTY CLERK:** Jamie Melson     **REPORTER:** Saralyn Hicks Britt

**COUNSEL FOR GOVERNMENT:** David Sanders, AUSA

**COUNSEL FOR DEFENDANT:** Patrick Kilgore, AFPD, *for proceedings in this district*

[x]  Defendant appears in open court pursuant to arrest on warrant issued in the Northern District of Oklahoma.

[x]  Counsel for the government and defendant are present as noted above.

[x]  Financial Affidavit filed. Request for appointment of counsel granted and Federal Public Defender appointed for proceedings in this district.

[x]  Defendant has received and reviewed a copy of the Arrest Warrant and
    [] Indictment   [] Information   [] Criminal Complaint
    [] Order         [x] Petition to Revoke

[x]  Defendant advised of constitutional rights.

[x]  Defendant waives identity hearing. The Court finds to be voluntary and counseled. Waiver accepted. Defendant is found to be the person named in the charging documents.

[x]  Defendant submits a written Waiver of Preliminary Hearing in this district. Waiver found voluntary and counseled. Waiver accepted. Preliminary Hearing to be held in the charging district.

[x]  Defendant submits a written Waiver of Detention Hearing in this district. Waiver found voluntary and counseled. Waiver accepted. Detention Hearing to be set in charging district.

[x]  Defendant remanded to custody to the U.S. Marshal for transport to the charging district.

AO 466 (Rev. 12/17) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois Benton ☑

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.   25-mj-4046-RJD |
| William L. Grabel ) | |
| ) | Charging District's Case No.   04-CR-001-001-TCK |
| _Defendant_ ) | |

## WAIVER OF RULE 32.1 HEARING
(Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)*   Northern District of Oklahoma   ☑ .

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4)   a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5)   a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☑   an identity hearing and production of the judgment, warrant, and warrant application.

☐   a preliminary hearing.

☐   a detention hearing.

☑   an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☑ preliminary hearing and/or  ☑ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   06/02/2025

_Defendant's signature_

_Signature of defendant's attorney_

_Printed name of defendant's attorney_

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CASE NO. 25-MJ-4046-RJD |
| | ) |
| WILLIAM L. GRABEL, | ) |
| | ) |
| *Defendant.* | ) |

# ORDER

It appearing from the record that the Defendant is financially unable to obtain counsel, is in need of counsel, and is entitled to the appointment of counsel, the Court hereby appoints the Federal Public Defender for the Southern District of Illinois to represent the defendant for proceedings in this district.

IT IS SO ORDERED.

DATED:   June 2, 2025

*s/ Reona J. Daly*
HON. REONA J. DALY
UNITED STATES MAGISTRATE JUDGE





**RECEIVED**

JUN 1 1 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

MONICA A. STUMP
CLERK OF COURT

OFFICE OF THE CLERK
301 WEST MAIN STREET
BENTON, ILLINOIS 62812

TEL: 618.439.7760
FAX: 618.435.2409

June 2, 2025

Clerk, U.S. District Court
Northern District of Oklahoma
224 S. Boulder Ave.
Tulsa, OK 74103

RE: USA v. William L. Grabel
04-cr-001-001-TCK
(SDIL: 25-MJ-4046-RJD)

    On June 2, 2025, a removal proceeding was held in the above matter before Magistrate Judge Reona J. Daly. Enclosed you will find a certified copy of the docket entries along with a copy of the Commitment to Another District.
    You may access electronically filed documents in this case at our ECF/PACER web address: http://ecf.ilsd.uscourts.gov. In the event you are unable to retrieve the documents, please contact the undersigned for direct transmission. Any documents not available electronically are enclosed in paper format.
    Please acknowledge receipt by returning a date stamped copy of this letter. Thank you.

Sincerely,

Monica A. Stump
Clerk of Court

By: s/ *Jamie Melson*
Courtroom Deputy to
U.S. Magistrate Judge Reona J. Daly
618-439-7754 (Direct)
Jamie_Melson@ilsd.uscourts.gov

✓ Mail   ___ No Cert Svc   ___ No Orig
___ C/J   ___ C/MJ   ___ C/Ret'd   ___ No Env
___ No Cpys   ✓ No Env/Cpys   ___ O/J   ___ O/MJ

AO 94 (Rev. 06/09) Commitment to Another District

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.   25-MJ-4046-RJD |
| vs. | ) Charging District's Case Number: |
| | )           04-cr-001-001 |
| WILLIAM L. GRABEL,<br>*Defendant.* | ) |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the <u>Northern District of Oklahoma.</u>   The defendant may need an interpreter for this language: <u>N/A</u>

The defendant:   ☐ will retain an attorney.
                 ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED**: The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: <u>June 2, 2025</u>

*s/ Reona J. Daly*
*Judge's signature*

Hon. Reona J. Daly, U.S. Magistrate Judge
*Printed name and title*

CLERK
UNITED STATES DISTRICT COURT
301 WEST MAIN STREET
BENTON, ILLINOIS 62812

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.69⁰
06/03/2025 ZIP 62812
043M30256573

SAINT LOUIS MO 630

postmark 6/5/25

04cr 1-TCK

Clerk, U.S. District Court
Northern District of Oklahoma
224 S. Boulder Ave.
Tulsa, OK 74103

74103-301539

RECEIVED
JUN 11 2025
JOLE ANN AWTREY, CLERK  JF
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA