# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

United States of America  
Plaintiff(s),  
vs.  
William L Grabel  
Defendant(s).

Case No.: 04-cr-00001-TCK-1

**Criminal Information Sheet & Minutes**

Date: 6/20/2025  
Interpreter: ☐ Yes ☒ No  
Magistrate Judge Huntsman   Deputy Lynn Tiefenthaler   USPO Briana Propst  
Date of Arrest: 6/20/2025   Arrested by: Name   ☐ Detention requested by AUSA  
Bail Recommendation:   ☐ Unsecured  

Additional Conditions of Release Recommendation:
- ☐ a. ☐ b. _____
- ☐ c. ☐ d. ☐ e. ☐ f. ☐ g. ☐ h
- ☐ i. ☐ j. ☐ k. ☐ l.
- ☐ m. (☐ i, ☐ ii, ☐ iii, ☐ iv)
- ☐ n. _____
- ☐ o. ☐ p. ☐ q. ☐ r. ☐ s. ☐ t. _____
- ☐ u. (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
- ☐ v. (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
- ☐ w. (☐ 1, ☐ 2)
- ☐ x. (other) _____

Defendant requests Federal Public Defender/Ct. Appt. Counsel: ☒ Yes ☐ No  
Defendant's Attorney: Richard Mitchell   ☐ FPD; ☒ Ct Appt; ☐ Ret Cnsl; ☐ Counsel not present, to be appt on appearance  
AUSA: Stacy Todd

## MINUTES:

Interpreter: _____ ; ☐ Sworn  
☒ Defendant appeared in person for IA on: ☐ Indictment; ☐ Information; ☐ Complaint; ☐ Petition on PTR/SR/Prob; ☐ Rule 5  
☒ Financial Affidavit received and FPD/CJA appointed  
☐ Defendant verified their name, as reflected in the indictment/information/complaint/petition/Rule 5, is their true and correct legal name  
☐ Defendant stated their true and correct name is:

_____ _____ _____ _____  
First/Fore-/Given Name(s):   Middle Name(s):   Last/Sur-/Family Name(s):   Suffix

☐ Government requested; and ☐ Court ordered:
- ☐ Defendant's name be added as an a/k/a
- ☐ Defendant's name be corrected by interlineation to reflect Defendant's true and correct name as stated in open court and all previous filings are amended by interlineation to reflect the same

☐ Waivers executed and filed: ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings  
☐ Bond set for _____ ; Bond and conditions of release executed ☐ Did judge grant an oral motion to stay the release order?  
☐ Arraignment held and Defendant pleads not guilty; Court accepts plea; ☐ Scheduling dates to be mailed to counsel  
☐ Initial Appearance continued to: _____ at _____ a.m./p.m.  
☐ Arraignment scheduled: _____ at _____ a.m./p.m.  
☒ Detention Hearing scheduled: 6/24/25 at 2:00 a.m./p.m.  
☒ Preliminary Exam scheduled: 6/24/25 at 2:00 a.m./p.m.  
☒ Defendant detained and remanded to custody of U.S. Marshal:
- ☒ Pending further proceeding; ☐ Pending release on bond for treatment

☐ Defendant to remain released on previous conditions  
☒ Motion for Detention # ___ : ☐ Granted; ☐ Denied; ☐ Moot per Defendant's waiver of detention hearing  
☒ Motion for Hearing # ___ : ☒ Granted; ☐ Denied; ☐ Moot per Defendant's waiver of detention hearing  
Additional Minutes: _____